IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHN T. SHONE, | No. CIV S-08-2154-CMK-P |
|     Plaintiff, | |
|   vs. | ORDER |
| CANTIUL SAKAUYE, et al., | |
|     Defendants. | |
| _____/ | |

    Plaintiff, a state prisoner proceeding pro se, brings this civil rights action pursuant to 42 U.S.C. § 1983. Pending before the court is plaintiff's application for leave to proceed in forma pauperis (Doc. 2).

    With his application, plaintiff has submitted a certified copy of his prison trust account statement as required. See 28 U.S.C. § 1915(a)(2). Plaintiff's application is not complete, however, as he failed to sign the declaration. Plaintiff will be provided the opportunity to correct this oversight. Plaintiff is warned that failure to comply with this order may result in the dismissal of this action. See Local Rule 11-110.

/ / /

/ / /

Accordingly, IT IS HEREBY ORDERED

1. Plaintiff shall submit on the form provided by the Clerk of the Court, within 30 days from the date of this order, a complete application for leave to proceed in forma pauperis, including his signature under penalty of perjury;

2. It is not necessary for plaintiff to submit another copy of his prison trust account statement; and

3. The Clerk of the Court is directed to send plaintiff a new form Application to Proceed In Forma Pauperis By a Prisoner.

DATED: October 3, 2008

_____
**CRAIG M. KELLISON**
UNITED STATES MAGISTRATE JUDGE