1
2
3
4
5
6
7

## IN THE UNITED STATES DISTRICT COURT

## FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHN T. SHONE, | No. CIV S-08-2154-CMK-P |
| Plaintiff, | |
| vs. | ORDER |
| CANTIUL SAKAUYE, et al., | |
| Defendants. | |
| _____ / | |

      Plaintiff, a state prisoner proceeding pro se, brings this civil rights action pursuant to 42 U.S.C. § 1983.  Pursuant to Eastern District of California Local Rules, this case was not assigned to a District Judge when the case was filed.  The parties have not consented to Magistrate Judge jurisdiction and the court now finds that dismissal of this action is appropriate. Therefore, the court will direct the random assignment of a District Judge at this time.

/ / /

/ / /

/ / /

/ / /

/ / /

1 | Accordingly, IT IS HEREBY ORDERED that the Clerk of the Court shall
2 | randomly assign a District Judge to this case and update the docket to reflect the new case
3 | number.
4 |
5 | DATED: December 16, 2008
6 |
7 | *Craig M. Kellison* (signature)
**CRAIG M. KELLISON**
UNITED STATES MAGISTRATE JUDGE